# UNITED STATES DISTRICT COURT
# EASERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Miriam Mejias,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>CYDNE Corporation d/b/a CKS Financial;<br>DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Civil Action No.: 5:10-cv-01362-LS |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 10, 2010

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PLAINTIFF, Miriam Mejias

　　　　　　　　　　　　　　　　　　　　/s/ Jody B. Burton

　　　　　　　　　　　　　　　　　　　　Jody B. Burton, Esq.
　　　　　　　　　　　　　　　　　　　　Bar No.: 71681
　　　　　　　　　　　　　　　　　　　　**LEMBERG & ASSOCIATES L.L.C.**
　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　Facsimile: (877) 795-3666
　　　　　　　　　　　　　　　　　　　　jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 10, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By: /s/ Jody B. Burton
                                                      Jody B. Burton, Esq.